**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:                                                                                   Chapter 13

Alfredo Ramon McDonald                                          Case No. 9-15-bk-09032-FMD

      Debtor
_____/

**TRUSTEE'S UNFAVORABLE RECOMMENDATION**
**AND OBJECTIONS TO CONFIRMATION OF THE PLAN**

TO:  Clerk, United States Bankruptcy Court

      1.      The Debtor's Petition for Relief to Chapter 13 was filed on September 2, 2015.

      2.      <u>Trustee's Recommendation to the Court</u>.  The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time for the following reason(s):

      3.      It does not appear that the Debtor has dedicated all disposable income to the proposed Plan as required by 11 U.S.C. § 1325(b)(1)(B).

      a.      The Trustee hereby requests/has requested the following additional documents pursuant to the District-wide Amended Administrative Order Prescribing Procedures for Chapter 13 Cases (FLMB-2015-8) to determine if the Debtor has dedicated all disposable income to the Plan:

            2015 income tax returns
            Rental Profit and Loss statements for September 2015 through February 2016

      b.      Pursuant to the District-wide Amended Administrative Order Prescribing Procedures for Chapter 13 cases (FLMB-2015-8), the Debtor must provide complete copies of all tax return(s) to the Trustee's office within 14 days of filing the return and all tax refunds shall be turned over to the Trustee in addition to the regular monthly plan payments, beginning with the tax year <u>2015</u>.  **The Debtor shall spend no tax refund without prior court approval.**

      4.      The Plan violates 11 U.S.C. § 1325(a)(4) because it does not pay unsecured creditors the value of what they would receive in a case under Chapter 7.

      a.      The Trustee hereby requests/has requested the following additional documents pursuant to the District-wide Amended Administrative Order Prescribing Procedures for Chapter 13 Cases (FLMB-2015-8) to determine if the Debtor has met the best interests of creditors test:

            2015 income tax returns
            Valuation of 2 non homestead rental properties

      5.      It appears that this case is a business case and the Chapter 13 Trustee's office has and

may further investigate the Debtor's business.

/s/ Jon M. Waage
Jon M. Waage
Chapter 13 Standing Trustee
P.O. Box 25001
Bradenton, Florida 34206
Phone:  (941) 747-4644
FAX:     (941) 750-9266

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Unfavorable Recommendation and Objections to Confirmation of the Plan has been furnished electronically and/or by First Class US Mail to **Alfredo Ramon McDonald,** 217 NW 11th Street, Cape Coral FL 33993 and **Kim Levy, Esquire**, 2110 Cleveland Avenue, Fort Myers, Florida 33901, and the **U.S. Trustee,** 501 East Polk Street, Suite 1200, Tampa, Florida 33602 on this 2nd day of November, 2015.

/s/ Jon M. Waage

JMW/MEC/lp